## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRYSTAL D. ROSE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-202-G |
| PAYCOM PAYROLL LLC, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Now before the Court is a Motion to Dismiss (Doc. No. 5), seeking dismissal of the claims raised in Plaintiff's original Petition (Doc. No. 1-1). Plaintiff has now timely filed an Amended Complaint (Doc. No. 7). Plaintiff's Amended Complaint supersedes the original pleading and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 5) is DENIED AS MOOT.

IT IS SO ORDERED this 6th day of August, 2024.

*[signature]*
CHARLES B. GOODWIN
United States District Judge